RECEIVED
MAY 18 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2012 JUN 11 ... 8:10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Albert Rudgayzer, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Yahoo! Inc.<br><br>Defendant. | CASE NO. 4:12-CV-01399-SBA<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Leota Tennant, whose business address and telephone number is ZwillGen, PLLC, 1705 N. Street, NW, Washington, DC, 20036 (202) 706-5209 (direct), and who is an active member in good standing of the bar of the District of Columbia, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing defendant Yahoo! Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 6-6-12

_____
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RUDGAYZER et al,

    Plaintiff,

v.

YAHOO!, INC. et al,

    Defendant.
_____/

Case Number: CV12-01399 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 11, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Albert Rudgayzer
305 Broadway
Suite 501
New York, NY 10007

Leota Tennant
ZwillGen, PLLC
1705 N. Street, NW,
Washington, DC 20036

Dated: June 11, 2012

    Richard W. Wieking, Clerk
    By: Jessie Mosley, Deputy Clerk