United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUDGAYZER,                                      No. 5:12-cv-01399 EJD

        Plaintiff(s),                      CLERK'S NOTICE RESETTING CASE
                               MANAGEMENT CONFERENCE
    v.                                          FOLLOWING REASSIGNMENT

 YAHOO!, INC.,

        Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:


YOU ARE NOTIFIED THAT in light of the intra-district transfer, a case management conference

has been set before Judge Edward J. Davila on **August 24, 2012 at 10:00 AM in** Courtroom 4, 5th

Floor, 280 S. 1st  Street, San Jose, California.  On or before **August 17, 2012,** the parties shall file a

joint case management conference statement.

Dated:  July 18, 2012

                               FOR THE COURT,
                               Richard W. Wieking, Clerk


                   by:  *Elizabeth C. Garcia*
                               Elizabeth C. Garcia
                               Courtroom Deputy

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RUDGAYZER et al,

          Plaintiff,

v.

YAHOO!, INC. et al,

          Defendant.

_____/

Case Number: CV12-01399 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 18, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Albert Rudgayzer
305 Broadway
Suite 501
New York, NY 10007

Dated: July 18, 2012

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk

United States District Court
For the Northern District of California