UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ALBERT RUDGAYZER, Individually and on Behalf of All Others Similarly Situated,<br><br>        *Plaintiff*,<br><br>-against-<br><br>YAHOO!, INC.,<br><br>        *Defendant*. | 3:12-cv-01399-EJD<br><br>**ADR CERTIFICATION**<br><br>FILED<br>SEP 10 2012<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |

  Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

  **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts;

  **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

  **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: September 5, 2012

_____
Albert Rudgayzer
305 Broadway
Suite 501
New York, New York 10007
Tel: (212) 260-5650
Fax: (888) 327-1109

*Plaintiff Pro Se*

Albert Rudgayzer
305 Broadway
Suite 501
New York, NY 10007



Robert F. Peckham Federal Building
280 South 1st Street
San Jose, CA 95113
Clerk's Office
2nd floor

9511383002 C060



Case5:12-cv-01399-EJD   Document29   Filed09/10/12   Page2 of 2