UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALBERT RUDGAYZER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>YAHOO! INC.,<br><br>　　　　　Defendant. | Case No.: 5:12-CV-01399 EJD<br><br>**ORDER**<br><br>**[Re: Docket No. 22]** |

Having granted Defendant's Motion to Dismiss Plaintiff's Complaint with leave to amend the Complaint—see Docket Item No. 32—the Court designates December 10, 2012 as the date by which Plaintiff must file an Amended Complaint if he wishes to do so.

**IT IS SO ORDERED.**

Dated:  November 9, 2012

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:12-CV-01399 EJD
ORDER