IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALBERT RUDGAYZER, | CASE NO. 5:12-cv-01399 EJD |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| YAHOO!, INC., | |
| Defendant(s). | |

On November 9, 2012, this court issued an order dismissing Plaintiff's Complaint with leave to amend. See Docket Item No. 32. The court set a deadline of December 10, 2012, for the filing of an amended complaint. See Docket Item No. 33. To date, Plaintiff has not filed an amended complaint as directed.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Plaintiff does not, **by December 31, 2012**, demonstrate good cause in writing why this case should not be dismissed, the Court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Dated: December 11, 2012

EDWARD J. DAVILA
United States District Judge

CASE NO. 5:12-cv-01399 EJD
ORDER TO SHOW CAUSE

1